IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES EDWARD GREEN, JR.                                                                    PLAINTIFF
ADC #113001

V.                                          NO: 5:12CV00068 SWW

RAY HOBBS *et al.*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to Plaintiff's claims against Defendant Andrew Best, and without prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of February, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE